IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CASHIER'S CHECK NO. 0001053242 REPRESENTING $180,000.00 IN FUNDS DEPOSITED TO COLORADO CREDIT UNION ACCOUNT # 0000827635 IN THE NAME OF ANTHONY BASSETT.

       Defendant.

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, and pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, states as follows:

### JURISDICTION AND VENUE

1.     This Court has subject matter and *in rem* jurisdiction pursuant to 28 U.S.C. § 1355, which provides that a forfeiture action may be brought in the district in which any of the acts giving rise to the forfeiture occurred in the District of Colorado.

2.     This Court has venue pursuant to 28 U.S.C. § 1395(a) and (c), which provides that civil forfeiture proceeding may be prosecuted in the district where it accrues and in any district into which the property has been brought. As set forth below, acts giving rise to the forfeiture occurred in the District of Colorado.

1

3. The United States has commenced this action pursuant to the civil forfeiture provisions under 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. §§ 981 (a)(1)(C), and 984.

## DEFENDANT ASSET

4. Defendant asset is more fully described as:

   a. Cashier's check no. 0001053242 representing $180,000.00 in funds deposited to Colorado Credit Union Account # 0000827635 in the name of Anthony Bassett seized on March 30, 2023, voluntarily from Anthony Thomas Bassett at 2380 E. Bridge Street, Brighton, currently in the custody of the United States Marshals Service, Denver, Colorado in the seized asset deposit fund account.

## FACTUAL BASIS FOR FORFEITURE

5. Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

## BACKGROUND

6. On or about February 14, 2023, FBI Denver Division was contacted by a representative of Colorado Credit Union ("CCU"), regarding their concerns over some activity involving one of their accounts and account member.

7. Specifically, in October 2022, an individual named Anthony Thomas Bassett opened an CCU online bank account # 0000827635 (Bassett CCU account #7635), without making any deposits.

8. On January 17, 2023, another account belonging to Anthony Bassett at Bank of the West (Bassett BOW account #3272) received a $180,000.00 wire from Key Bank account #777171002036. This Key Bank account (Smith Key Bank account #2036) was held in the name of Robert Smith with an address in Madison, Connecticut. On February 1, 2023, Bank of the West closed the Basset BOW account #3272 and gave Anthony Bassett a cashier's check for $206,415.44, which included the $180,000.00 that had been received from Robert Smith.

9. On February 3, 2023, Anthony Bassett deposited the Bank of the West BNP Paribas cashier's check # 1004008125 for $206,415.44, into Bassett CCU account #7635.

10. Based on the unusual movement of funds, on February 14, 2023, a representative of CCU contacted Robert Smith out of courtesy because they thought maybe Robert Smith was being scammed. Robert Smith stated to the bank representative that "David" is instructing him to pay off loans. Mr. Smith explained that the $180,000 wire to Anthony Bassett was to pay off a loan. Mr. Smith further confirmed that he had never received a loan from Anthony Bassett. Robert Smith further stated he sent out six other wires last month (January) just like it, and nobody else questioned him.

**INVESTIGATION OF ANTHONY THOMAS BASSETT, ROBERT SMITH, AND DAVID LAST NAME UNKNOWN (LNU)**

11. On March 20, 2023, the FBI Denver initiated an investigation of Anthony Thomas Bassett, Robert Smith, and David Last Name Unknown (LNU), after Colorado

Credit Union called the FBI National Threat Operations Center (NTOC) to report potential wire fraud and/or money laundering.

### *Arintia Group, S.A.S.*

12. On March 3, 2023, and March 6, 2023, complaints were submitted to the FBI with the victim business name listed as "Arintia Group, SAS" (hereinafter Arintia) with reported a loss of $1,602,400.00. The complaints were filed by a law firm, representing Arintia Group, S.A.S., a Colombian company who, among other things, purchases vehicles for industrial transportation. The complaints stated as follows:

- In June 2022, Arintia and China National Vehicles Import and Export Corporation LTD (hereinafter "CNVC") signed two contracts for the purchase of vehicles by Arintia from CNVC. In said contracts, the method of payment and the authorized account for payment were expressly agreed. The payments would be made to Bank of China account # 319465316248.

- During the second half of 2022, Arintia made five payments under the contract terms to the authorized account for CNVC, which were confirmed as received by said company.

- On December 2022, Arintia and CNVC entered into an addendum to the contract to for an additional $1,602,400.00, which was to be sent to a Citi Bank account.

- For unknown reasons and through unknown methods, the addendum was adulterated and sent to Arintia with different bank information, whose beneficiary was the company Denarka Ltd at account # 03582203651231

- of OCBC Wing Hand Bank Limited in Hong Kong.

- The communication held between the two companies for the execution of the contract was between Wu Yayu on behalf of CNVC through email wuyayu@cmc.gt.cn and Andres Mendez (manager of the automotive line at Arintia) through the email andres.mendez@arintia.com and Sergio Padilla (Financial VP of Arintia) through the email Sergio.padilla@arintia.com.

- On December 22, 2022, Wu Yayu representing CNVC, via email, apparently requested that Arintia send the agreed advance to a different bank account than usual, with the reason of having blocking problems.

- On December 27, 2022, CNVC resubmitted an account change request indicating a change of beneficiary to the company Denarka Ltd.

- On January 4, 2023, CNVC provided another account listed as follows:

   Beneficiary Name: China National Vehicles Imp. & Exp. Co. LTD.
   Bank Name: Key Bank
   Account Number: 777171002036
   Routing Number: 021300077
   SWIFT: KEYBUS33
   Bank Address: 724 Boston Post Road, Madison

- On January 12, 2023, after the transfer of $1,602,400 by Arintia, CNVC informed Arintia that the destination bank has not received the agreed payment, that at no time did they request or notify an account change bank and they are unaware of the prior emails supposedly exchanged in which they notified Arintia of the account changes.

*Robert Smith*

13.  On October 31, 2022, Robert Smith opened Smith Key Bank account

5

#2036.

14. On January 12, 2023, a wire deposit was received into Robert Smith's Key Bank account #2036 from Arintia Group SAS in the amount of $1,602,400.00. Prior to the wire deposit from Arintia Group SAS, Smith's Key Bank account #2036 had a balance of $1,200.00.

15. As discussed above, Arintia reported that this wire to Robert Smith's account was the result of an email scam with fraudulent wire instructions and that Robert Smith was not the intended recipient.

16. On January 13, 2023, Robert Smith began moving the $1,602,400.00 from his Key Bank account #2036 via wires, withdrawals, and transfers to the following individuals/entities:

- $300,000.00 to Lisa Marie Garcia;
- $20,000.00 to Robert Smith's Wells Fargo bank account #0019;
- $35,000.00 of cash withdrawal;
- $180,000.00 to Ricardo J. Rodriguez;
- $180,000.00 to Kent D. Warning;
- $180,000.00 to Sidney Ball; and
- $706,580.00 to Robert Smith's Key Bank account #5234.

17. Prior to the deposit of $706,580.00 from Smith's Key Bank account #2036 on January 13, 2023, Smith's Key Bank account #5234 had a balance of $0.00. No other deposits or additions were made to Smith's Key Bank account #5234 between January 13, 2023, and the date the account was closed, January 20, 2023.

18. On January 17, 2023, Smith's Key Bank account #5234 had two

withdrawals of $180,000.00 each which were then deposited into Smith's Key Bank account #2036, and one transfer of $180,000.00 to Smith's Key Bank account #2036.

19. On January 17, 2023, Smith's Key Bank account #2036 included additional outgoing wires/transfers/withdrawals of fraud proceeds:

- $180,000.00 wire to Rodney Kirby;
- $180,000.00 wire to Rukaiyah Abdullal; and
- $180,000.00 wire to Anthony Bassett, Bank of the West account # 074893272, San Ramon, CA, purpose: Loan Repayment.

### *Interview of Anthony Thomas Bassett*

20. On March 28, 2023, investigators interviewed Anthony Thomas Bassett. Bassett stated his father David Bassett used to live in Farmington, New Mexico and was between 70 and 80 years old. Anthony Thomas Bassett stated he did not have a lot of contact with David. Since Bassett changed his mobile telephone, he did not have David's telephone number, but would try to get it from a relative.

21. Anthony Thomas Bassett stated before COVID, David told him that Robert Smith owed the Bassett family money and Smith would send money to Anthony Thomas Bassett. A short time later, Anthony Thomas Bassett received $180,000.00 from Smith.

22. Anthony Thomas Bassett stated the $180,000.00 was wired to his First Bank account1. When he could not answer questions about where the money came gfrom, First Bank closed his account. Anthony Thomas Bassett stated he initially

---

1 There is no indication in the financial records that the defendant funds were ever transferred to a First Bank account.

7

wanted to put the money into Bitstamp for an investment.

23. Anthony Thomas Bassett stated he then took the money to Bank of the West and deposited the money there. Bank of the West gave Anthony Thomas Bassett a cashier's check for about $206,000 and closed his account. The $206,000 included the $180,000 wire and about $20,000 of Anthony Thomas Bassett's own money.

24. Anthony Thomas Bassett deposited the $206,000 into his Colorado Credit Union account # 0000827635 and it was frozen in that account at the time of the interview.

25. Anthony Thomas Bassett stated the last time he spoke to David about the $180,000, David did not remember anything about it. Anthony Thomas Bassett wondered if David had Alzheimers or something.

26. Anthony Thomas Bassett stated he has not heard anything from Smith about the money. Anthony Thomas Bassett has been expecting instructions about what to do with the money but has not received any.

27. When the investigators informed Anthony Thomas Bassett that the $180,000 he received was likely the proceeds of fraud or illegal activity and advised that sending or receiving stolen or illegally obtained proceeds could be considered money laundering which is a federal crime, Mr. Bassett stated he understood and would not try to access or send the money referenced above. Anthony Thomas Bassett stated he wanted to get his $20,000 from the bank, but that he would not receive or send any money for persons he did not know.

28. On March 29, 2023, investigators interviewed Anthony Thomas Bassett. Bassett advised that he was willing to surrender the $180,000 given the suspicious

8

circumstances surrounding the wire from Robert Smith. Bassett acknowledged, after talking with investigators and learning more about the facts and circumstances surrounding the wire, the money was likely the proceeds of criminal activity and transferring the money could be considered money laundering. Bassett advised that he would go to CCU to sign the $180,000 over to the FBI and take the remainder of the funds, which were his savings of approximately $26,000.

29.     A review of other bank accounts owned by Anthony Thomas Bassett further indicate his involvement with laundering proceeds on behalf of other individuals. Specifically, Anthony Thomas Bassett received suspicious transfers for an LLC from an individual in Florida.   Despite appearing to have no association with the individual in Florida, he deposited those receipts into a personal checking account and then further transferred them for the purchase of "bitcoin."

### *Interview of Robert Smith*

30.     On July 21, 2023, investigators interviewed Robert Smith. Smith confirmed that Key Bank account #2036 belonged to him. Smith stated that sometime in 2022, Smith met a man on TikTok that he befriended. Smith could not remember the man's name. A few weeks after becoming online friends, the man told Smith that they "got a friend who needs to pay some bills" and asked Smith to disburse the money. Smith was never told where the $1,602,400 wire he received came from. Smith was instructed by the man to wire funds to various accounts. Smith had no idea who Anthony Bassett was and never talked to Bassett.

### **CRIMINAL HISTORY**

31.     Anthony Thomas Bassett criminal history includes larceny, resisting arrest,

damage to property, fraud and selling alcohol to minors. He currently has an outstanding misdemeanor warrant out of Logan County.

### Colorado Credit Union Account # 0000827635

32. In October 2022, Anthony Thomas Bassett opened Colorado Credit Union Account # 0000827635, held in the name of Anthony Thomas Bassett, he is the only signor on the account and opened the account without making any deposits.

33. On February 3, 2023, Colorado Credit Union Account # 0000827635 received a deposit totaling $206,415.44, which included the $180,000.00 from Robert Smith discussed above. Colorado Credit Union Account # 0000827635 had no other deposits during this time frame.

34. On March 30, 2023, Anthony Thomas Bassett voluntarily remitted cashier's check no. 0001053242 representing $180,000.00 in funds deposited to CCU Account #7635 in the name of Anthony Thomas Bassett to law enforcement agents.

### WAGES

35. A search of the Colorado Department of Labor and Employment records revealed that Anthony Thomas Bassett has a reported income of $4,551.67 for 2023; $7,345.72 for 2022; $17,996.06 for 2021; no wages for 2020; and $668.67 for 2019.

### CONCLUSION

36. From approximately October 2022 through April 2023, the evidence indicates that Anthony Thomas Basset, Robert Smith, and David Last Name Unknown (LNU), operated a scheme to defraud, by which they obtained proceeds derived from Arintia Group, S.A.S funds held in a bank account at Madison-based Key Bank in violations of wire fraud and money laundering. The evidence further indicates that the

10

fraudulent proceeds were used to fund the defendant bank accounts as described above.

<u>VERIFICATION OF STEVEN WILBANKS</u>
<u>SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION</u>

I, Steven Wilbanks, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

*/s/ Steven Wilbanks*
Steven Wilbanks
FBI-Special Agent

### FIRST CLAIM FOR RELIEF

37. The Plaintiff repeats and incorporates by reference each of the paragraphs above.

38. By the foregoing and other acts, defendant Cashier's check #0001053242 from Colorado Credit Union in the amount of $180,000.00 constitutes or was derived from proceeds traceable to violations of wire fraud in violation of 18 U.S.C. § 1343 and is, therefore, forfeitable pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

### SECOND CLAIM FOR RELIEF

39. The Plaintiff repeats and incorporates by reference each of the paragraphs above.

40. By the foregoing and other acts, defendant Cashier's check #0001053242 from Colorado Credit Union in the amount of $180,000.00 constitutes property involved in violations of 18 U.S.C. §§ 1956 and 1957, and therefore, is forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 984.

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant asset in favor of the United States, that the United States be authorized to dispose of the defendant asset in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant asset and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 14th day of September, 2023.

> Respectfully submitted,
>
> COLE FINEGAN
> United States Attorney
>
> By: *s/Tonya S. Andrews*
> Tonya S. Andrews
> Assistant United States Attorney
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> (303) 454-0100
> tonya.andrews@usdoj.gov
> *Attorney for the United States*